UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

TAMARA COX,

     Plaintiff,                                  Case No.:

vs.                                                          Division:

CITY OF TAMPA,

     Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, TAMARA COX, ("Plaintiff"), hereby brings this action against Defendant, CITY OF TAMPA, ("Defendant"), and states as follows:

1.    Plaintiff is a citizen of the United States and resides in Hillsborough County Florida. Plaintiff is an "Employee" as defined by the Americans with Disabilities Act ("ADA") and Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

2.    Defendant is a municipality located in the Middle District of Florida. Defendant is an "Employer" as defined by the ADA and Title VII.

3.    Plaintiff has been employed by Defendant since 1985. Plaintiff has routinely received outstanding evaluations of her work performance.

4.    Plaintiff is African American.

5.    In 2006, Plaintiff received a performance evaluation that was lower than she had earned. As such, Plaintiff filed a Charge of Discrimination ("Charge") with the Equal Employment Opportunity Commission ("EEOC") alleging racial discrimination.

6.      Subsequent to filing her Charge, Plaintiff received her 2007 performance evaluation. Plaintiff's 2007 performance evaluation was lowered because of Plaintiff having filed her Charge with the EEOC.

7.      Soon after Plaintiff received her 2007 evaluation, Plaintiff went out of work for an extended period of time because she had surgery to repair a workers' compensation covered injury.

8.      In December, 2007, Plaintiff's physician issued paperwork indicating Plaintiff was able to return to her position of police data terminal operator.

9.      In spite of the fact that Defendant was aware that Plaintiff was ready, willing, and able to perform all the essential functions of her job, with or without reasonable accommodations, Defendant regarded Plaintiff as being disabled and refused to reemploy Plaintiff or offer her any accommodations.

10.     In addition to refusing to reemploy Plaintiff because of her perceived or actual disability, Defendant also refused to reemploy Plaintiff in retaliation for Plaintiff's prior Charge.

11.     Thereafter, Plaintiff suffered additional acts of retaliation including, but not limited to, having her picture posted at the police department and having the locks broken on her desk so that her belongings could be packed up.

12.     Plaintiff filed a Charge with the EEOC, which investigated Plaintiff's claims and concluded that there was cause to find a violation of the law. All conditions precedent to this action have occurred or have been waived and Plaintiff has fully exhausted her administrative remedies.

13.     Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

## COUNT I

## DISABILITY DISCRIMINATION

15.     Plaintiff realleges the allegations in paragraphs 1 through 13 of this Complaint, as if fully set forth herein.

16.     Plaintiff is a qualified individual who was disabled or who was regarded as disabled by Defendant.

17.     Defendant discriminated against Plaintiff because of her actual or perceived disability by failing to reemploy her.

18.     Defendant failed to consider reasonable accommodations to Plaintiff.

19.     Defendant's actions as alleged herein are a violation of the ADA.

20.     Plaintiff has suffered damages as a result of Defendant's unlawful actions including, but not limited to, pain and suffering and the loss of income and benefits.  Plaintiff's damages occurred in the past and will continue into the future.

WHEREFORE, the Plaintiff, TAMARA COX, requests a jury trial and prays that the court order Defendant to compensate Plaintiff for damages caused by Defendant's actions, including compensatory damages, and to pay Plaintiff's costs and attorneys fees incurred in bringing this action, as well as for all other proper and just relief.

## COUNT II

## TITLE VII

21.     Plaintiff realleges the allegations in paragraphs 1 through 13 of this Complaint, as if fully set forth herein.

22.     Defendant's actions, as alleged herein, were taken in retaliation for Plaintiff's protected activity of filing a Charge with the EEOC.

23.   As a result of Defendant's actions, Plaintiff has suffered damages including compensatory damages, pain and suffering and the loss of income and benefits.   Plaintiff's damages occurred in the past and will continue into the future.

WHEREFORE, the Plaintiff, TAMARA COX, requests a jury trial and prays that the court order Defendant to compensate Plaintiff for damages caused by Defendant's actions, including compensatory damages, and to pay Plaintiff's costs and attorneys fees incurred in bringing this action, as well as for all other proper and just relief.

Dated this ⎯26⎯ day of March, 2009.

Respectfully submitted,

**MATTHEW K. FENTON, ESQUIRE**
Florida Bar No. 0002089
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue
Suite 300
Tampa, Florida 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712