UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMARA COX,

    Plaintiff,

v.                                          CASE NO:  8:09-cv-563-T-26TBM

CITY OF TAMPA,

    Defendant.
                                       /

**O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Unopposed Motion to Alter Case Schedule (Dkt. 16) is denied.  The Court will revisit the issue of entering an amended case management and scheduling order in the event Plaintiff's current counsel is in fact allowed to withdraw.

**DONE AND ORDERED** at Tampa, Florida, on March 19, 2010.

                                    s/*Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record